IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| MAXIM CRANE WORKS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-CV-00030-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| E.E. MARR ERECTORS, INC., KIRK EDWARDS, | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

On September 19, 2023, this Court entered an order granting defense counsel's motion to withdraw as attorney and ordered Defendant E.E. Marr Erectors, Inc. to retain counsel or show cause by September 26, 2023 as to why its counterclaim should not be dismissed for failure to prosecute. As of this date, Defendant E.E. Marr Erectors, Inc. has not retained counsel or otherwise responded to the show cause order.  Therefore,

IT IS HEREBY ORDERED that Defendant E.E. Marr Erectors, Inc.'s counterclaim for breach of contract against Maxim Crane Works, L.P. (ECF No. 9) is dismissed with prejudice for failure to prosecute. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel.").

A copy of this Order will be served upon Defendant E.E. Marr Erectors, Inc. at its principal place of business 2039 Hollins Ferry Road, Baltimore, MD 21230, *see* (ECF No. 1-1 at ¶ 10), and upon Defendant Kirk Edwards's last known personal address 12332 Woodsboro Pike, Frederick,

Maryland 21757, *see* (ECF No. 1-1 at ¶ 11).[1]

SO ORDERED this 27th day of September, 2023.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc:   all registered counsel via CM-ECF

E.E. Marr Erectors, Inc.
2039 Hollins Ferry Road
Baltimore, MD 21230

Kirk Edwards
12332 Woodsboro Pike
Frederick, Maryland 21757

---

[1] Counsel for Plaintiff indicated to the Court on September 27, 2023 that this was a valid address for Defendant Edwards.

2