IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAXIM CRANE WORKS, LP,

    Plaintiff,

C.A. No. 2:23-cv-30

v.

E.E. MARR ERECTORS, INC. and KIRK EDWARDS,

    Defendants.

### [PROPOSED] ORDER OF COURT

**AND NOW**, this ____ day of _____, 2023, based upon consideration of the Request for Entry of Default, the Court hereby **GRANTS** the Request for Entry of Default and enters default against Defendants, E. E. Marr Erectors, Inc. and Kirk Edwards, pursuant to Federal Rule of Civil Procedure 55(a), based upon the failure of the Defendants to defend this action.

BY THE CLERK:

_____

CLERK'S ENTRY OF DEFAULT

Date: 11/6/23

*Deborah M. Hamilton*
Docket Clerk
*Brandy S. Lonchena*
Brandy S. Lonchena

274084613.v1