IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAXIM CRANE WORKS, LP,

    Plaintiff,

C.A. No. 2:23-cv-30

v.

E.E. MARR ERECTORS, INC. and KIRK EDWARDS,

    Defendants.

## [PROPOSED] ORDER OF COURT

**AND NOW**, this ____ day of _____, 2023, based upon consideration of the Motion for Default Judgment, the Court hereby **GRANTS** the Motion for Default Judgment and enters judgment in favor of Plaintiff, Maxim Crane Works, LP, and against Defendants, E. E. Marr Erectors, Inc. and Kirk Edwards, in the amount of $2,865,991.37.

BY THE COURT:

_____ J.



CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 11/7/2023

*Deborah M. Hamilton*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

274353088.v1